THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLEN HARVEY, Defendant-Appellant.

(No. 58150; ▮▮▮▮▮▮▮▮

First District (2nd Division)—October 16, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.